IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>                  Plaintiff,<br><br>  v.<br><br>CITY OF WAUKEGAN; LUCIAN TESSMAN; DONALD MEADIE; FERNANDO SHIPLEY; HOWARD PRATT; RICHARD DAVIS; PHILLIP STEVENSON; TERRY HOUSE; ROBERT REPP; BURTON SETTERLUND; ESTATE OF DENNIS COBB; JUAN A. RIVERA, JR.; MARCIA LACOUR, AS SPECIAL REPRESENTATIVE FOR HOWARD PRATT; and MARCIA LACOUR, AS SPECIAL REPRESENTATIVE FOR DENNIS COBB<br><br>                  Defendants.<br><br>CITY OF WAUKEGAN; LUCIAN TESSMAN; DONALD MEADIE; FERNANDO SHIPLEY; HOWARD PRATT; RICHARD DAVIS; PHILLIP STEVENSON; TERRY HOUSE; ROBERT REPP; BURTON SETTERLUND; MARCIA LACOUR, AS SPECIAL REPRESENTATIVE FOR HOWARD PRATT; and MARCIA LACOUR, AS SPECIAL REPRESENTATIVE FOR DENNIS COBB<br><br>                  Counter-Plaintiffs,<br><br>  v.<br><br>WESTPORT INSURANCE CORPORATION,<br><br>                  Counter-Defendant. | **Case No. 1:14-CV-00419**<br><br>Hon. John W. Darrah,<br>District Judge |

## WESTPORT INSURANCE COMPANY'S MOTION FOR FINAL JUDGMENT

Plaintiff and Counter-Defendant, Westport Insurance Corporation ("Westport"), moves this Court for entry of an Order of Final Judgment pursuant to Rule 54(b) of the Federal Rules of

Civil Procedure based on the Court's Memorandum Opinion and Order dated December 11, 2014 finding that Westport has a duty to defend. In support of its Motion, Westport states as follows:

1. On August 1, 2014, Westport filed a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c), seeking an order that it does not have a duty to defend or indemnify Defendants and Counter-Plaintiffs the City of Waukegan, Lucian Tessman, Donald Meadie, Fernando Shipley, Howard Pratt, Richard Davis, Phillip Stevenson, Terry House, Robert Repp, Burton Setterlund and Estate of Dennis Cobb (collectively, the "Waukegan Defendants") in connection with a civil lawsuit in the U.S. District Court for the Northern District of Illinois, styled *Juan A. Rivera, Jr. v. Lake County, et al.*, Case No. 1:12-cv-08665 (the "Rivera Lawsuit"). (Docket No. 62.)

2. The Waukegan Defendants filed a Cross Motion for Judgment on the Pleadings, seeking an order that Westport has a duty to defend and indemnify in connection with the Rivera Lawsuit. (Docket No. 58.)

3. On December 11, 2014, the Court issued a Memorandum Opinion and Order finding that Westport has a duty to defend, and dismissing the Waukegan Defendants' claim for indemnity without prejudice because "[w]hether Westport is required to provide indemnity to the Waukegan Defendants requires fact findings that could conflict with the underlying suit. The issue of indemnity is not yet ripe for ruling." Memorandum Opinion and Order at 9 (Docket No. 84.)

4. There are no further claims or disputes between Westport and the Waukegan Defendants regarding the duty to defend.

WHEREFORE, Westport requests that this Court enter a Final Order and Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure on the Court's ruling regarding Westport's duty to defend.

Date: December 23, 2014          WESTPORT INSURANCE CORPORATION

By: /s/ *R. Patrick Bedell*
         One of its Attorneys

Adam H. Fleischer
R. Patrick Bedell
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100
Attorney No. 6282494

**CERTIFICATE OF SERVICE**

       I, R. Patrick Bedell, an attorney of record in this matter, hereby state that, on December 23, 2014, I electronically filed Westport Insurance Company's Motion for Final Judgment, using the CM/ECF SYSTEM, which will send notification of such filing to all attorneys of record.

                                                  /s/ *R. Patrick Bedell*
                                      Attorney for Westport Insurance Company

1343638